UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SOBE NEWS, INC., d/b/a OCEAN DRIVE,
MAGAZINE, a Florida Corporation,

                      Case No. 00-0078-Civ-MOORE

         Plaintiff,

vs.                      MIAMI, FLORIDA
                        SEPTEMBER 22, 2000

OCEAN DRIVE FASHIONS, INC., a
Florida Corporation, and DROR
SVORAI,

         Defendants.

---

**TRANSCRIPT OF HEARING PROCEEDINGS**
BEFORE THE HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF:

    **RICHARD S. ROSS, ESQ.**
    4801 S. University Drive
    Suite 3070
    Ft. Lauderdale, Florida

FOR THE DEFENDANT:

    **MALLOY & MALLOY, P.A.**
    2800 S.W. Third Ave.
    Miami, FL 33129
    **JOHN C. MALLOY, III, ESQ.**
    **DAVID GAST, ESQ.**

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
    Official Federal Court Reporter
    301 North Miami Avenue, 9th Floor
    Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**